No. 10374. DAN FULTON, JOHN C. ALLEY and E. J. BYRNE, as Members of the State Board of Equalization of the State of Montana, PLAINTIFFS, v. FARMERS UNION GRAIN TERMINAL ASSOCIATION, a Minnesota Corporation, Farmers Co-op Supply, Inc., of Lake County, a Montana Corporation, and Associated Food Stores, Inc., a Utah Corporation, DEFENDANTS.

Submitted and decided November 29, 1961.

374 P.2d 110.

PER CURIAM.

Application for leave to file a complaint for declaratory judgment having been filed herein by plaintiffs and having been heard ex parte, and it appearing to this Court upon consideration that a factual situation could possibly arise, and this Court being without facilities to conduct a hearing should one be required;

It is therefore ordered that the application be denied without prejudice.